IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY JOHNSON, #115808, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-11-TMH |
| ) | [WO] |
| ) | |
| THE ALABAMA BOARD OF ) | |
| PARDONS AND PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #25) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #25) of the Magistrate Judge is ADOPTED. This case is dismissed without prejudice due to Plaintiff's failure to follow the Court's orders and abandonment of claims. A separate judgment shall issue.

Done this 29th day of June, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE